UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  9:18-cv-81735-WPD

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

FIVE LINX, LLC,

    Defendant.

## MOTION FOR ENTRY OF CLERK'S DEFAULT

Plaintiff DAVID GORDON OPPENHEIMER, by and through his undersigned counsel, hereby requests that the Clerk enter default in this matter against FIVE LINX, LLC ("Five Linx") hereto on the ground that the Five Linx has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure.  The Declaration of Joel Benjamin Rothman in Support of Motion for Entry of Clerk's Default ("Rothman Decl.") filed concurrently herewith demonstrates that on February 6, 2019, Five Linx was served with the Summons and a copy of the Complaint by personal service, by serving its Chief Operating Officer, Michael J. Gilbert, at 400 Andrews Street, 400, Rochester, New York, 14604  The time allowed for Five Linx to respond to the Complaint has expired.  Neither Plaintiff nor the Court has granted Five Linx an extension of time to respond to the Complaint.  Five Linx has failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that Five Linx is a corporation and is not considered an infant or incompetent person.  Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff David Gordon Oppenheimer requests that a default be entered by the Clerk against Five Linx, LLC and for such other and further relief as to the Court deems just and proper in the premises.

Dated:  February 28, 2019

>/s/Joel B. Rothman
JOEL B. ROTHMAN
Florida Bar No. 98220
joel.rothman@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff David Gordon Oppenheimer*