UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-cv-81735-WPD

DAVID GORDON OPPENHEIMER,

      Plaintiff,

v.

FIVE LINX, LLC,

      Defendant.

## DECLARATION OF JOEL BENJAMIN ROTHMAN IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT

I, Joel Benjamin Rothman, declare and say:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff DAVID GORDON OPPENHEIMER ("Plaintiff") in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2. On December 19, 2018, Plaintiff filed its Complaint against Defendant Five Linx, LLC ("Five Linx") [ECF 1].

3. On February 6, 2019, Five Linx was served with the Summons and a copy of the Complaint by personal service, by serving its Chief Operating Officer, Michael J. Gilbert, at 400 Andrews Street, 400, Rochester, New York, 14604  Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that Five Linx was served by personal service with its Summons and a copy of the Complaint.

4. The time allowed for Five Linx to respond to the Complaint has expired.

5. Five Linx has not been granted an extension of time to respond to the Complaint.

6. Five Linx has failed to answer or otherwise respond to the Complaint, or serve a copy of its Answer or other response upon Plaintiff's attorneys of record.

7. I am informed and do not believe that Five Linx is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019.

_____
JOEL BENJAMIN ROTHMAN