UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DAVID GORDON OPPENHEIMER

PLAINTIFF(S)

CASE NUMBER
9:18−cv−81735−WPD

v.

FIVE LINX, LLC,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Five Linx, LLC**

as of course, on the date March 1, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Patrick Edwards*
Deputy Clerk

cc:  Judge William P. Dimitrouleas
     David Gordon Oppenheimer

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)