UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81735-CIV-DIMITROULEAS

DAVID GORDON OPPENHEIMER,

    Plaintiff,

vs.

FIVE LINX, LLC,

    Defendant.

_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

The Clerk entered a Default against Defendant on March 1, 2019. [DE 8]. However, Plaintiff has not yet moved for a default judgment against Defendant Five Linx, LLC.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **March 19, 2019**, Plaintiff shall either move for default judgment against Defendant or show cause for failure to do so; and

2. A failure to comply with this Order may result in immediate dismissal of this action without prejudice.

3. The Clerk is **DIRECTED** to mail a copy of this Order to the address listed below.

1

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 12th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Five Linx, LLC
400 Andrews Street 400
Rochester, NY 14604