UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-cv-81735-WPD

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

FIVE LINX, LLC,

    Defendant.

_____

## DECLARATION OF JOEL B. ROTHMAN

I, Joel B. Rothman, under penalties of perjury, declare as follows:

1. I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff David Gordon Oppenheimer in the above-captioned matter. I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of a Final Judgment of Default and Incorporated Memorandum of Law, and I could and would testify competently to the matters set forth herein.

2. I am admitted to practice in Florida. My Florida bar number is 98220. I am Board Certified in Intellectual Property Law. I have been practicing law since 1991.

3. My hourly rate in this case is $475 per hour which is a reasonable rate for an attorney of my experience.

4. My Paralegal Jamie James has a billing rate of $200 per hour which is reasonable rate for a paralegal of her experience.

5. My firm represented David Gordon Oppenheimer in this action.

6. David Gordon Oppenheimer incurred reasonable costs and attorney's fees in prosecuting this action in the amount of $3,110.00. The attorney's fees and costs incurred by David Gordon Oppenheimer are set forth in detail in the invoice attached hereto as Exhibit A. These fees are reasonable because they reflect the market rate for services of similar quality and nature in the local area.

I, Joel B. Rothman, declare under penalty of perjury that the foregoing is true and correct. Dated: March 18, 2019.

_____
JOEL B. ROTHMAN

# Exhibit A

# SRIPLAW, P.A.

21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com
Tel: (561) 404-4350
Fax: (561) 404-4353
Tax ID: 37-1710736

---

| Submitted to: | v. Five Linx, LLC | Invoice 32124 |
|---|---|---|
| | Our ref: 00471-0002 | |
| Attn: David Oppenheimer | | March 18, 2019 |

Items through March 18, 2019

## Professional Services

| Date | Who | Matter | Description | Hours | Total |
|---|---|---|---|---|---|
| 12/18/2018 | JCJ | 00471-0002 | Review Complaint and exhibits. Revise Complaint and exhibits. Prepare Civil Cover Sheet, Summons and COI-CDS. | 2.50 | 500.00 |
| 12/18/2018 | JBR | 00471-0002 | Review complaint, exhibits and mark up for filing | 1.50 | 712.50 |
| 12/19/2018 | JBR | 00471-0002 | Correspond with local counsel regarding filing | 0.20 | 95.00 |
| 1/3/2019 | JBR | 00471-0002 | Review order requiring parties to Meet and Confer | 0.20 | 95.00 |
| 1/24/2019 | JBR | 00471-0002 | Emails regarding service | 0.20 | 95.00 |
| 2/28/2019 | JCJ | 00471-0002 | Draft Motion for Entry of Clerk's Default and Declaration in Support. | 0.20 | 40.00 |
| 2/28/2019 | JCJ | 00471-0002 | File Motion for Entry of Clerk's Default. | 0.10 | 20.00 |
| 3/1/2019 | JCJ | 00471-0002 | Receive and process Clerk's Entry of Default. Email copy to local counsel. | 0.10 | 20.00 |
| 3/12/2019 | JBR | 00471-0002 | Review Order to Show Cause | 0.30 | 142.50 |
| 3/15/2019 | JBR | 00471-0002 | Prepare motion for Final Default | 2.00 | 950.00 |
| | | | **Professional Services** | **7.30** | **$2,670.00** |

## Additional Charges

| Date | Who | Matter | Description | Total |
|---|---|---|---|---|
| 12/19/2018 | NL | 00471-0002 | Disbursement to U.S. District Court for the Filing Fee of a Complaint. | 400.00 |
| 1/23/2019 | NL | 00471-0002 | Fee for service of process - Majestic Process Inv. SR 2019-6 | 40.00 |
| | | | **Additional Charges** | **$440.00** |

| | | | **Total Professional Services and Additional Charges** | **$3,110.00** |
|---|---|---|---|---|

## Timekeeper Summary

| Who | Role | Full Name | Hours | Rate | Total |
|---|---|---|---|---|---|
| JCJ | Paralegal | Jamie C. James | 2.90 | 200.00 | 580.00 |
| JBR | Partner | Joel B. Rothman | 4.40 | 475.00 | 2,090.00 |

## SRIPLAW, P.A.
21301 Powerline Road
Suite 100
Boca Raton, Florida 33433
info@sriplaw.com
Tel: (561) 404-4350
Fax: (561) 404-4353
Tax ID: 37-1710736

**Please Pay This Amount:** $3,110.00

**Payment Terms:** DUE ON RECEIPT

**Payment Instructions:** JPMORGAN CHASE BANK, N.A.
10815 Jog Road, Boynton Beach, FL 33437
ACCT # 167061290
ABA#267084131
SWIFT CODE FOR INTERNATIONAL WIRES: CHASUS33
FOR THE BENEFIT OF SRIPLAW, PLLC