UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81735-CIV-DIMITROULEAS

DAVID GORDON OPPENHEIMER,

    Plaintiff,

vs.

FIVE LINX, LLC,

    Defendant.

_____/

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF FINAL DEFAULT JUDGMENT**

THIS CAUSE is before the Court upon the Motion for Entry of Final Default Judgment (the "Motion") [DE 11], filed herein on March 18, 2019. The Court has carefully considered the Motion [DE 11] and is otherwise fully advised in the premises.

The Clerk entered a Default against Defendant on March 1, 2019. [DE 8]. On March 18, 2019, Plaintiff filed the instant Motion [DE 11] seeking a default judgment against Defendant.

Accordingly, it is **ORDERED AND ADJUDGED** that on or before **March 26, 2019**, Defendant shall show cause why the motion for default judgment should not be granted. The Clerk is **DIRECTED** to mail a copy of this Order to the address below.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 19th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Five Linx, LLC, *pro se*
400 Andrews Street 400
Rochester, NY 14604