UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81735-CIV-DIMITROULEAS

DAVID GORDON OPPENHEIMER,

    Plaintiff,

vs.

FIVE LINX, LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Default Judgment (the "Motion") [DE 11], filed herein on March 18, 2019. The Court has carefully considered the Motion [DE 11] and is otherwise fully advised in the premises.

On March 1, 2019, the Clerk entered an Entry of Default against Defendant Five Linx, LLC. *See* [DE 8]. On March 18, 2019, Plaintiff filed the instant Motion [DE 11] seeking a default judgment against Defendants. On March 19, 2019, the Court issued an Order to Show Cause why this Motion should not be granted. [DE 12]. Defendant failed to respond.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Plaintiff's Motion [DE 11] is hereby **GRANTED.**

2.    In accordance with Federal Rule of Civil Procedure 58, a separate final judgment will be entered.

3.    The Clerk is **DIRECTED** to mail a copy of this Order to the address listed below.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of March, 2019.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record

Five Linx, LLC, *pro se*
400 Andrews Street 400
Rochester, NY 14604