UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:18-cv-81735-WPD

DAVID GORDON OPPENHEIMER,

    Plaintiff,

v.

FIVE LINX, LLC,

    Defendant.

## FINAL DEFAULT JUDGMENT

This action having been commenced on December 19, 2018 by the filing of the Summons and Complaint, and defendants having been served process on February 6, 2019, and the defendant having not answered the Complaint, and the time for answering the Complaint having expired and a default having been entered by the Clerk; and a Motion for Final Default Judgment ("Motion") having been filed and a copy of the moving papers served on defendant by mail on March 18, 2019, and proof of such service having been filed on March 18, 2019, and the Court being fully advised in the premises,

ORDERED, ADJUDGED AND DECREED: That, pursuant to Title 17 U.S.C. §§ 504(c), and 505, the Plaintiff have judgment against defendant for copyright infringement and be awarded $150,000; that, pursuant to Title 17 U.S.C. §§ 1202 and 1203, that plaintiff have judgment against defendant for circumvention of plaintiff's copyright management systems and be awarded $25,000; that Plaintiff be awarded pre-judgment interest at the statutory rate calculated from December 19, 2018 to the date of this Judgment; and that pursuant to Title 17 U.S.C. 502 and 17 U.S.C. 1203(b), that defendant is hereby permanently restrained from using plaintiff's image in any and all media; and that plaintiff be granted an award of attorneys' fees

pursuant to 17 U.S.C. 504(c) and 17 U.S.C. 1203(b)(4-5) in the amount of $2,670 plus an award of costs in the amount of $440, plus appropriate post-judgment interest thereon.

ORDERED, ADJUDGED AND DECREED: that the Clerk of the Court enter the within judgment; accordingly, the case is closed.

**IT IS SO ORDERED** this 29 day of March 2019.

UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM P. DIMITROULEAS